```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
                    CAMDEN VICINAGE
```

JAIME ARANA DEL TORO,          :     CIV. NO. 20-1977 (RMB)
                               :
        Petitioner     :
   v.                          :     **MEMORANDUM AND ORDER**
                               :
                               :
D. ORTIZ, Warden,              :
                               :
        Respondent     :

    Petitioner Jaime Arana Del Toro, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey, alleges a due process violation in a prison disciplinary hearing that resulted in his loss of good conduct time in a petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner failed to pay the $5 filing, pursuant to 28 U.S.C. § 1914(a), or alternatively submit a properly application to proceed without prepayment of fees ("*in forma pauperis*" or "IFP"), pursuant to 28 U.S.C. § 1915(a)(2). Petitioner's IFP application lacks the statutorily required copy of his inmate trust account, certified by the appropriate prison official. Therefore, the Court will administratively terminate this action, pursuant to Local Rule 54.3(a), which requires payment or waiver of the filing fee before a case is opened. Petitioner also requested additional time to file a memorandum of law. Petitioner may file his memorandum of law with his filing fee or IFP application.

    **IT IS** on this <u>**9th day of July 2020**</u>,

    **ORDERED** that the Clerk of the Court shall administratively

terminate this case without filing the petition; Petitioner is informed that administrative termination is not a "dismissal"; and it is further

**ORDERED** that the Clerk of the Court shall send Petitioner a blank form "Affidavit of Poverty and Certification (HABEAS CORPUS)" DNJ-Pro Se-007-B-(Rev. 09/09); and it is further

**ORDERED** that if Petitioner wishes to reopen this case, he shall so notify the Court, in writing addressed to the Clerk of the Court, Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Room 1050, Camden, NJ 08101, within 30 days of the date of entry of this Order; Petitioner's writing shall include either (1) a complete, signed *in forma pauperis* application or (2) the $5.00 filing fee; and it is further

**ORDERED** that upon receipt of such writing from Petitioner within the time allotted by this Court, the Clerk of the Court will be directed to reopen this case; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**

4